FILED
MAR - 4 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>    Petitioner,<br><br>    v.<br><br>LEE BACA,<br><br>    Respondent. | Case No. CV 09-7176-SJO (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files, including the Report and Recommendation of the United States Magistrate. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition without prejudice.

March 1, 2010

Dated: _____

S. James Otero
United States District Judge