UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>LEE BACA,<br><br>　　　　Respondent. | Case No. CV 09-7176-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is dismissed without prejudice.

　　　　March 1, 2010

Dated: _____

_S. James Otero_
S. James Otero
United States District Judge